SCHEDULE A
MDL No. 2842 - IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION
Northern District of Illinois
TOMASULO v. CBOE EXCHANGE, INC., ET AL., C.A. No. 1:18-02025
Southern District of New York
SAMUEL v. JOHN DOES, C.A. No. 1:18-01593
QUINT v. DRW HOLDINGS, LLC, ET AL., C.A. No. 1:18-01980
MUSSO v. JOHN DOES, C.A. No. 1:18-02269
ERIC J. LEVY, LIVING TRUST UA DATED 1/21/10, ET AL. v. JOHN DOES, C.A. No. 1:18-02552